UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re: BILOTTO, JOHN F. and § Case No. 09-46985
BILOTTO, JENNIE S. §
§
Debtor(s) §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on July 29, 2010 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: 06/24/2010  By: /s/ Richard M. Fogel
  Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 1}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: BILOTTO, JOHN F. | § | Case No. 09-46985 |
| BILOTTO, JENNIE S. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 9,021.31 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 9,021.31 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 1,652.13 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 245,784.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 17,210.65 | $ 516.03 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 6,005.93 | $ 180.07 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 18,254.28 | $ 547.31 |
| 4 | Applied Wellness Center | $ 357.14 | $ 10.71 |
| 5 | Chase Bank USA, N.A. | $ 10,503.65 | $ 314.92 |
| 6 | Capital Recovery III LLC As Assignee of GE Capital | $ 8,562.20 | $ 256.71 |
| 7 | Chase Bank USA, N.A. | $ 10,898.99 | $ 326.78 |
| 8 | Chase Bank USA, N.A. | $ 3,237.23 | $ 97.06 |
| 9 | Chase Bank USA, N.A. | $ 1,816.26 | $ 54.46 |
| 10 | American Express Centurion Bank | $ 13,113.55 | $ 393.17 |
| 11 | American Express Bank, FSB | $ 11,304.75 | $ 338.94 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 12 | PNC BANK | $ 1,494.62 | $ 44.81 |
| 13 | PYOD LLC, as assignee of Citibank | $ 6,205.74 | $ 186.06 |
| 14 | RBS Citizens | $ 2,709.69 | $ 81.24 |
| 15 | Bridgeview Bank Group | $ 125,190.09 | $ 3,753.49 |
| 16 | Lexus Financial Services | $ 1,669.29 | $ 50.05 |
| 17 | Citibank South Dakota NA | $ 7,250.01 | $ 217.37 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/RICHARD M. FOGEL
                           Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mhenley                Page 1 of 2                   Date Rcvd: Jun 25, 2010
Case: 09-46985                 Form ID: pdf006              Total Noticed: 51

The following entities were noticed by first class mail on Jun 27, 2010.
db/jdb        +John F. Bilotto,    Jennie S. Bilotto,    15701 Shire Dr.,    Orland Park, IL 60467-1083
aty           +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
tr            +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
                Chicago, IL 60654-4766
14839054      +American Express,    c/o Zwicker and Associates, P. C.,    80 Minuteman Road,
                Andover, MA 01810-1008
14839052      +American Express,    c/o Law Offices of Mitchell N. Kay,    205 West Randolph Street, Suite 920,
                Chicago, IL 60606-1814
14839053       American Express,    Customer Service,    El Paso, TX 79998-1535
15148605       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15140812       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15078201      +Applied Wellness Center,    c/o Collection Professionals Inc.,    P.O. Box 416,
                Lasalle, IL 61301-0416
14839055      +Applied Wellness Center,    Gus Spatharakis, D. C.,    13301 South Ridgeland Avenue, Ste.6,
                Palos Heights, IL 60463-0029
14839056       Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
14839057      +Bank of America,    P. O. Box 22031,    Greensboro, NC 27420-2031
14839058      +Bridgeview Bank Group,    c/o Chill, Chill & Radtke, P.C.,    79 W. Monroe St., Suite 1305,
                Chicago, IL 60603-4925
15065545       CAPITAL ONE BANK (USA), N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
                Charlotte, NC  28272-1083
14839059       Capital One,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
14839060       Capital One Bank (USA) N. A.,    c/o Client Services, Inc.,    3451 Harry Truman Boulevard,
                Saint Charles, MO 63301-4047
14839061      +Charter One Card Services,    P. O. Box 7092,    Bridgeport, CT 06601-7092
14839062      +Chase,    800 Brooksedge Boulevard,    Westerville, OH 43081-2822
14839064      +Chase Bank USA NA,    800 Brooksedge Boulevard,    Westerville, OH 43081-2822
14839065       Chase Bank USA, N. A.,    c/o Nationwide Credit, Inc.,    3600 E. University Dr., Suite B1350,
                Phoenix, AZ 85034-7296
15100635       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14839066       Citibank (South Dakota) N. A.,    125 South Wacker Drive, Suite 400,    Chicago, IL 60606-4440
15438745      +Citibank South Dakota NA,    DBA,    4740 121st St,    Urbandale, IA 50323-2402
14839067      +Clipper Magazine & Sonic Tan,    c/o McCarthy Burgess & Wolff,    The MB&W Bldg, 26000 Cannon Rd,
                Bedford, OH 44146-1807
14839068      +ComEd,    c/o Contract Callers, Inc.,    1058 Clauseen Road, Suite 110,    Augusta, GA 30907-0301
14839069      +Cook County Treasurer,    118 North Clark Street, Suite 112,    Chicago, IL 60602-1590
14839070      +DBI, LLC David Bose,    c/o Kenneth J. Donkel,    7220 West 194th Street, Suite 105,
                Tinley Park, IL 60487-9228
14839073      +HSBC Best Buy,    P. O. Box 5253,    Carol Stream, IL 60197-5253
14839071      +Harris NA,    c/o Jay Levy & Assoc,    155 Revere Dr, Suite 2,    Northbrook, IL 60062-1558
14839072      +Harris, N. A.,    c/o Keough and Moody, P. C.,    1001 East Chicago Avenue, Suite 103,
                Naperville, IL 60540-5500
15150901      +JF Joyce/Land Tek Inc,    4725 W 135th Street,    Midolthian, IL 60445-1404
14839074       Lexus Financial Services,    Cardmember Service,    P. O. Box 6330,    Fargo, ND 58125-6330
15150902      +M.D. Electric,    7323 W Benton Drive,    Frankfort, IL 60423-9396
14839075       Macy’s,    P. O. Box 689195,    Des Moines, IA 50368-9195
15150903       Magictan Chicago Inc,    d/b/a Sunset Strip II/Gina Hampton,    9191 Falling Waters Drive,
                Hinsdale, IL 60522
14839076       Medical Business Bureau, LLC,    P. O. Box 1219,    Park Ridge, IL 60068-7219
14839078      +National City,    6750 Miller Road,    Brecksville, OH 44141-3239
14839077      +National City,    c/o Codilis and Associates, P. C.,    15W030 North Frontage Road, #100,
                Burr Ridge, IL 60527-6921
15232869      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
15313730      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14839080      +Palos Community Hospital,    c/o Nationwide Credit & Collection,    815 Commerce Drive, Suite 100,
                Oak Brook, IL 60523-8839
15397318      +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
14839081      +Resurgent Capital Services LP,    c/o GC Services Limited Partnership,    6330 Gulfton,
                Houston, TX 77081-1108
14839082      +Sam’s Club Discover,    c/o Ricahrd Boudreau & Assoc,    5 Industrial Way,    Salem, NH 03079-4866
15150904      +Stez Inc,    Accounting-Income Tax Svc,    8545 W 79th Street,    Justice, IL 60458-1400
14839089      +Tinley Oak Center,    c/o Michael A. Galason, Attorney,    12607 South Meade, Suite 100,
                Palos Heights, IL 60463-1839
15421972     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  Lexus Financial Services,    P.O. Box 5229,    Cincinnati, OH 45201)
14839090       Wells Fargo,    P. O. Box 29704,    Phoenix, AZ 85038-9704

The following entities were noticed by electronic transmission on Jun 25, 2010.
15102425      +E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2010 00:13:17
                Capital Recovery III LLC As Assignee of GE Capital,    Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14839079       E-mail/Text: bnc@nordstrom.com                           Nordstrom FSB,    P. O. Box 13589,
                Scottsdale, AZ 85267-3589
15016346       E-mail/PDF: BNCEmails@blinellc.com Jun 26 2010 00:06:09     Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 3
```

```
District/off: 0752-1          User: mhenley             Page 2 of 2             Date Rcvd: Jun 25, 2010
Case: 09-46985                Form ID: pdf006           Total Noticed: 51

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14839083      Some Like it Hot, Inc.
14839084      Some Like it Hot, Inc.
14839085      Some Like it Hot, Inc.
14839086      Some Like it Hot, Inc.
14839087      Some Like it Hot, Inc.
14839088      Some Like it Hot, Inc.
14839063*    +Chase,   800 Brooksedge Boulevard,   Westerville, OH 43081-2822
                                                                                       TOTALS: 6, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2010**          **Signature:**   _Joseph Speetjens_